IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

National Association for Gun Rights,
  Incorporated; Texas Gun Rights,
  Incorporated; Patrick Carey; James Wheeler;
  Travis Speegle,

        Plaintiffs-Appellees,

        v.

Merrick Garland, U.S. Attorney General; United
  States Department of Justice; Steven
  Dettelbach, In his official capacity as Director
  of the Bureau of Alcohol, Tobacco, Firearms
  and Explosives; Bureau of Alcohol, Tobacco,
  Firearms, and Explosives,

        Defendants-Appellants.

No. 24-10707

**UNOPPOSED MOTION TO EXPEDITE APPEAL**

    The government respectfully requests that the Court expedite briefing in this appeal and schedule oral argument on the first available date after the close of briefing. Plaintiffs do not oppose this motion.

    1. Plaintiffs in this case assert that certain replacement triggers for semiautomatic rifles—known as the FRT-15 and Wide Open Trigger (WOT)—are not "machinegun[s]" as defined under Federal law. 26 U.S.C. § 5845(b). The district court initially entered a preliminary injunction barring the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and other defendants from taking various

enforcement actions against plaintiffs based on the view that these devices are machineguns. The government appealed from that injunction, and oral argument in that appeal was scheduled for August 7, 2024.

2. On July 23, 2024, however, the district court granted summary judgment to plaintiffs, Dkt. No. 100, and on July 24 entered final judgment, Dkt. No. 101. The final judgment included a vacatur of ATF's "classification" of these devices, a declaratory judgment, and a permanent injunction barring defendants from taking a host of actions related to the FRT-15 and WOT with respect to defendants. Dkt. No. 101 at 1-2.

The district court also ordered defendants to return "all FRTs and FRT components confiscated or seized pursuant to their unlawful classification within thirty (30) days of this decision" (*i.e.*, by August 22, 2024), and directed ATF to send "remedial notices" to those—including non-parties—ATF had previously contacted asserting that these devices were unlawful machineguns. Dkt. No. 101 at 2-3.

3. The government sought a stay in district court, explaining, among other things, that compliance with the requirement to return devices by August 22 was not practically feasible. The district court denied a stay, but extended the deadline for compliance with the return obligation and mailing of remedial notices until February 22, 2025. Dkt. No. 112 at 6, 15.

4. Good cause exists to expedite this appeal. *See* 5th Cir. R. 27.5; 5th Cir. R. 34.5. As discussed, the district court's judgment includes a requirement that

defendants return to plaintiffs certain FRT-15s and WOTs in defendants' possession, and the district court has directed compliance with that requirement by February 22, 2025. Expedition is warranted to resolve this appeal before the district court's deadline for compliance with the return requirement. The order also requires that ATF send notices to non-parties by that same date, creating potential confusion and uncertainties exacerbated by the decision of the District Court for the Eastern District of New York disagreeing with the determination of the district court in this case regarding the status of these devices. *See United States v. Rare Breed Triggers, LLC*, 690 F. Supp. 3d 51, 75 (E.D.N.Y. 2023), *appeal filed*, No. 23-7276 (2d Cir. Oct. 5, 2023).

5. We have consulted with counsel for plaintiffs. They have stated that they do not oppose this motion.

Respectfully submitted,

MARK B. STERN

/s/ *Brad Hinshelwood*
BRAD HINSHELWOOD
(202) 514-7823
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7256
  Washington, D.C. 20530

AUGUST 2024

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 480 words. This document was prepared using Microsoft Word 2013 in Garamond, 14-point font, a proportionally-spaced typeface.

/s/ *Brad Hinshelwood*
Brad Hinshelwood