United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 16, 2025
Lyle W. Cayce
Clerk

No. 24-10707

NATIONAL ASSOCIATION FOR GUN RIGHTS, INCORPORATED;
TEXAS GUN RIGHTS, INCORPORATED; PATRICK CAREY; JAMES
WHEELER; TRAVIS SPEEGLE,

*Plaintiffs—Appellees*,

*versus*

MERRICK GARLAND, *U.S. Attorney General*, UNITED STATES
DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, *In his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-830

ORDER:

IT IS ORDERED that the opposed motion of the *States* to intervene as Defendants- Appellants is DENIED. Movants may seek participation as amici.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT