# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 30, 2025
Lyle W. Cayce
Clerk

No. 24-10707

---

NATIONAL ASSOCIATION FOR GUN RIGHTS, INCORPORATED; TEXAS GUN RIGHTS, INCORPORATED; PATRICK CAREY; JAMES WHEELER; TRAVIS SPEEGLE,

*Plaintiffs—Appellees*,

*versus*

JAMES R. MCHENRY III, *Acting U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, *In his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-830

---

ORDER:

IT IS ORDERED that the opposed motion of the *States* for reconsideration of the denial of motion to intervene as Defendants-Appellants is DENIED.[1]

IT IS FURTHER ORDERED that the alternative opposed motion of the *States* for leave to file amicus brief is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

---

[1] Judge Dennis would grant the motion for reconsideration.