## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

National Association for Gun Rights, Incorporated, *et al.*,
           Plaintiffs-Appellees,

v.

Pamela Bondi, *U.S. Attorney General, et al.*,
           Defendants-Appellants.

No. 24-10707

## MOTION TO HOLD APPEAL IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27, the federal government respectfully moves to hold this appeal in abeyance. Plaintiffs consent to this motion.

1. This case concerns two replacement triggers for AR15-type rifles: the FRT-15 and Wide Open Trigger (WOT). These devices have been classified by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) as machine guns as defined in 26 U.S.C. § 5845(b). Plaintiffs challenged that classification, and the district court granted summary judgment to plaintiffs and issued an injunction barring enforcement of the firearms laws against the FRT-15 and WOT on the ground that they are machine guns. *See* ROA.3663-3729. The government appealed; this appeal has been fully briefed and was argued on December 9, 2024.

2. The parties are now engaged in settlement conversations. In light of that development, the government respectfully moves to hold this case in abeyance. An

abeyance will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal. The government respectfully proposes that the parties can provide the Court with status reports regarding future steps in the case every 60 days. If a settlement is reached or the parties conclude that no settlement can be agreed upon, the parties will notify the Court sooner than every 60 days.

4. Plaintiffs consent to the relief requested in this motion.

Respectfully submitted,

MICHAEL S. RAAB
BRAD HINSHELWOOD
 /s/ Laura E. Myron
LAURA E. MYRON
*Attorneys, Appellate Staff*
*Civil Division, Room 7228*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4819*
*laura.e.myron@usdoj.gov*

April 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, I electronically filed the foregoing

motion with the Clerk of the Court for the United States Court of Appeals for the

Fifth Circuit by using the appellate CM/ECF system. Participants in the cases are

registered CM/ECF users, and service will be accomplished by the appellate

CM/ECF system.

*/s/ Laura E. Myron*
LAURA E. MYRON

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing complies with the type-volume limitation of

Fed. R. App. P. 27(d)(2) because it contains 230 words, according to the count of

Microsoft Word.

/s/ Laura E. Myron
LAURA E. MYRON