# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 23, 2025
Lyle W. Cayce
Clerk

No. 24-10707

---

National Association for Gun Rights, Incorporated;
Texas Gun Rights, Incorporated; Patrick Carey; James
Wheeler; Travis Speegle,

    *Plaintiffs—Appellees*,

*versus*

Pamela Bondi, *U.S. Attorney General*; United States
Department of Justice; Kash Patel, *In his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*;
Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    *Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-830

---

ORDER:

IT IS ORDERED that Appellants' unopposed motion to hold case in abeyance pending settlement discussions is GRANTED, subject to the provision of updates as to status as set forth in the motion.

No. 24-10707

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT