## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

National Association for Gun Rights, Incorporated, *et al.*,
               Plaintiffs-Appellees,

v.

Pamela Bondi, *U.S. Attorney General*, *et al.*,
               Defendants-Appellants.

No. 24-10707

## MOTION TO VOLUNTARILY DISMISS APPEAL UNDER FEDERAL
## RULE OF APPELLATE PROCEDURE 42(b)

Pursuant to Federal Rule of Appellate Procedure 42(b), the federal government hereby respectfully moves to voluntarily dismiss its appeal in light of the parties' settlement of the claims at issue with each side to bear its own costs on appeal.

Respectfully submitted,

MICHAEL S. RAAB
BRAD HINSHELWOOD
 */s/ Laura E. Myron*
LAURA E. MYRON
*Attorneys, Appellate Staff*
*Civil Division, Room 7228*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4819*
*laura.e.myron@usdoj.gov*

May 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the cases are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Laura E. Myron*
LAURA E. MYRON

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 54 words, according to the count of Microsoft Word.

_/s/ Laura E. Myron_
LAURA E. MYRON