# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 19, 2025
Lyle W. Cayce
Clerk

No. 24-10707

NATIONAL ASSOCIATION FOR GUN RIGHTS, INCORPORATED; TEXAS GUN RIGHTS, INCORPORATED; PATRICK CAREY; JAMES WHEELER; TRAVIS SPEEGLE,

*Plaintiffs—Appellees*,

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; DANIEL DRISCOLL, *In his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-830

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of May 19, 2025, pursuant to appellant's motion.

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit  

By: _____  
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued May 19, 2025**

**Clerk, U.S. Court of Appeals, Fifth Circuit**